**Alfred T. ANDERSON,**
**Movant/Appellant,**

v.

**STATE of Missouri,**
**Respondent/Respondent.**

**No. ED 102777**

Missouri Court of Appeals,
Eastern District,
*DIVISION FOUR.*

Filed: April 12, 2016

Kevin B. Gau, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for Movant/Appellant.

Evan J. Buchheim, P.O. Box 899, Jefferson City, MO 65102, for Respondent/Respondent.

Before Sherri B. Sullivan, P.J., Kurt S. Odenwald, J., and Lisa P. Page, J.

*ORDER*

PER CURIAM.

Alfred T. Anderson appeals from the motion court's judgment denying his Rule 24.035 [1] motion for post-conviction relief without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the findings and conclusions of the motion court are not clearly erroneous. Rule 24.035(k), *Hymes v. State*, 466 S.W.3d 677, 679 (Mo. App. E.D. 2015). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the

1. Mo. R. Crim. P. 2013.

judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).